JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
(510) 848-4752; FAX (510) 848-5819

JOHN L. BURRIS, SBN 69888
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200; FAX (510) 839-3882

RACHEL LEDERMAN, SBN 130192
NATIONAL LAWYERS GUILD and
Law Offices of Rachel Lederman
and Alexsis C. Beach
558 Capp Street
San Francisco, CA 94110
(415) 282-9300; FAX (415) 285-5066

ALAN L. SCHLOSSER, SBN 49957
MARK SCHLOSBERG, SBN 209144
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
1663 Mission Street, Suite 460
San Francisco, CA 94103
(415) 621-2493; FAX (415) 255-8437

(Additional counsel on next page)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　　　　　　　　Defendants.<br>_____<br>AND RELATED CASE | Case No. C -03-2962 TEH (JL)<br><br>**DECLARATION OF JOVAN JOHNSON IN SUPPORT OF LOCAL 10 PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:　　　July 11, 2005<br>Time:　　　10:00 a.m.<br>Courtroom:　Dept. 12, 19th Floor<br>Judge:　　　The Hon. Thelton E. Henderson |

DECL. OF JOVAN JOHNSON                                              CASE NO. C-03-2962 TEH (JL)

1  BOBBIE STEIN (SBN 113239)
   503 Dolores Street, #201
   San Francisco, CA 94110-1564
2  (415) 255-0301; FAX (510) 601-5780
3
   OSHA NEUMANN (SBN#12715)
4  1840 Woolsey Street
   Berkeley, CA 94703
5  (510) 644-2429; FAX (510) 540-4821

6  Attorneys for Plaintiffs

7
   ROBERT REMAR (SBN# 100124)
8  LEONARD CARDER LLP
   1188 Franklin Street, #201
9  San Francisco, CA 94109
   (415) 447-0403; FAX (415) 771-7010
10
11 (Counsel for LOCAL 10, ILWU Only)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF JOVAN JOHNSON

I, Jovan Johnson, declare:

1. I have personal knowledge of the matters stated herein and would testify to the same if called to do so as a witness in a Court of law.

2. I met Officer Chris Del Rosario when he conducted a warrantless search of my home on or about February 3, 2003, and he arrested me. During that incident, Officer Del Rosario asked me whether I had a boyfriend. I thought this was strange given the fact that he was arresting me. The charges against me were later dismissed.

3. Thereafter, on or about February 6, 2003, I am informed and believe and thereon state that Officer Del Rosario arrested my brother, Donte Johnson. I am informed and believe and thereon state that according to my brother, Officer Del Rosario told him words to the effect that he would drop the charges against my brother if my brother could get me to go out with Officer Del Rosario.

4. Following my brother's arrest and while he was still in the police car, Officer Del Rosario called me from his police car and asked me if he could take me out. I told him that I had a boyfriend and could not go out with him. I am informed and believe and thereon state that my brother was then taken to the police station and booked.

5. Thereafter, my brother, Donte Johnson, had a Court appearance on or about April 7, 2003 in Alameda Superior Court at the Wiley W. Manuel Courthouse. I was at the Courthouse with my cousin and a friend waiting on a bench outside the courtroom where my brother's hearing was taking place.

6. As Officer Del Rosario entered the courtroom he saw me in the hallway and said, "Oh Jovan! Oh, Jovan!" Approximately 20 minutes later, Officer Del Rosario exited the courtroom and approached me. Officer Del Rosario sat down on the bench next to me and asked me if I

was going to testify today.  When I told him that I was not going to testify, he said words to the effect that he was glad because he did not want to testify against his "future brother-in-law," referring to my brother Donte Johnson, whose criminal hearing was in process in the courtroom.

7. Officer Del Rosario also told me words to the effect that he was very tired because he "had to shoot a lot of people today", referring to the Port of Oakland demonstration, and that he "shot this one bitch in the forehead and her titties popped out."  Officer Del Rosario made these comments in a sarcastic and joking manner.

8. As Officer Del Rosario made these comments he was staring at my breasts.  Officer Del Rosario then asked, "So can I pick you up at 7:00?"  I knew that Officer Del Rosario was attempting to ask me to go on a date with him.

9. Thereafter, in approximately June 2003, I was in Jack London Square getting a newspaper.  Officer Del Rosario drove up to me and said, "You are so fine you should be arrested."  He then told me that he had never been out on a date with someone he had arrested and wanted to take me out, "but don't tell nobody, not even your brother."  Officer Del Rosario then got a piece of paper and wrote his SWAT pager number down and handed me it to me.

10.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, except as to those matters stated on information and belief, and as to those matters, I am informed and believe them to be true and correct. Executed this 21st day of July, 2004 at Berkeley, California.

_____/S/_____
JOVAN JOHNSON