Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Randolph W. Hall, State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA 94612
Telephone:   (510) 238-3601
Facsimile:   (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI LOUISE COLES, et al. | File No. C-03-2961 TEH (JL) |
| Plaintiffs | File No. C-03-2962 TEH (JL) |
| vs. | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS CITY OF OAKLAND TO FILE ANSWER IN LOCAL 10 ACTION |
| CITY OF OAKLAND, a municipal entity, et al. | |
| Defendants | |
| LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al., | |
| Plaintiffs, | |
| vs. | |
| CITY OF OAKLAND; et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

Counsel for Plaintiffs' in the *Local 10 et. al.* action, No. C -03-2962 TEH (JL), and counsel for Defendants, Gregory M. Fox, hereby stipulate that Defendants have until June 6, 2005 within which to file their Answer to the Third Amended Complaint of the Plaintiffs in said action.

So Stipulated:

Dated: May___, 2005                    LAW OFFICES OF JAMES CHANIN


By:__/s/_____
    James Chanin
    Attorney for Plaintiffs
    LOCAL 10, et al.


Dated: May ___, 2005                   BERTRAND, FOX, & ELLIOT


By:__/s/_____
    Gregory M. Fox
    Attorneys for Defendants
    CITY OF OAKLAND, et al.

Good cause appearing, the stipulation is so ordered. Defendants City of Oakland, et al., have UNTIL June 6, 2005 to file their Answer in Action No. C -03-2962 TEH (JL).

So Ordered.

Dated: 6/3/05                          _____
                                       The Honorable Thelton E. Henderson
                                       U.S. District Court Judge