JAMES B. CHANIN (SBN 76043)
JULIE M. HOUK (SBN 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, CA 94705
(510)848-4752 FAX (510)848-5819)

JOHN L. BURRIS (SBN 69888)
7677 Oakport Road, Suite 1120
Oakland, CA 94621
(510)839-5200 FAX (510)839-3882

RACHEL LEDERMAN (SBN 130192)
NATIONAL LAWYERS' GUILD and
Law Offices of Rachel Lederman and
Alexsis C. Beach
558 Capp Street
San Francisco, CA 94110
(415)282-9300 FAX (415)285-5066

ALAN SCHLOSSER (SBN 49957)
JULIA HARUMI MASS (SBN 189649)
MARK SCHLOSBERG (SBN 209144)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC
1663 Mission Street, Suite 460
San Francisco, CA 94103
(415)621-2493 FAX (415)255-8437

Attorneys for Plaintiffs
(Additional Counsel on Next Page)

UNITED STATES DISTRICT COURT
NORTHERN CALIFORNIA

LOCAL 10, INTERNATIONAL
LONGSHORE AND WAREHOUSE UNION,
et al.,

    Plaintiffs,

vs.

CITY OF OAKLAND, et al.,

    Defendants.

AND RELATED CASE

Case No.: C 03-2962 TEH (JL)

STIPULATION AND ORDER
CONTINUING HEARING DATE ON
LOCAL 10 PLAINTIFFS' MOTION FOR AN
AWARD OF ATTORNEYS' FEES AND
COSTS, EXTENDING DEFENDANTS'
DEADLINE TO FILE ANSWER TO THIRD
AMENDED COMPLAINT, AND
AGREEMENT BY DEFENDANTS TO NOT
REQUEST A STAY RE INTERLOCUTORY
APPEAL

Stipulation and Order - 1

C 03-2962 TEH (JL)

[Additional counsel]

BOBBIE STEIN
503 Dolores Street, #201
San Francisco, CA 94110-1564
(415) 255-0301; FAX (415) 601-5780

OSHA NEUMANN
1840 Woolsey Street
Berkeley, CA 94703
(510) 644-2429; FAX (510) 540-4821

Attorneys for plaintiffs

ROB REMAR
LEONARD CARDER NATHAN & ZUCKERMAN
1188 Franklin Street, #201
San Francisco, CA 94109
(415) 447-0403; FAX (415) 771-7010
(Counsel only for Local 10, ILWU)

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE THAT:

1. Plaintiffs' Motion for an Award of Attorneys' Fees, which is currently noticed for hearing on July 11, 2005, shall be continued for hearing on Monday, September 19, 2005, at 10:00 a.m. Defendants' opposition to Plaintiffs' Motion for an Award of Attorneys' Fees shall be filed and served by no later than August 1, 2005. The plaintiffs' reply memorandum shall be filed and served by no later than August 29, 2005.

2. Defendants' time for filing an Answer to Plaintiffs' Third Amended Complaint shall be extended to June 30, 2005.

3. DEFENDANTS DO HEREBY FURTHER STIPULATE AND AGREE THAT they shall not seek any stay in the District Court or in the Court of Appeals with respect to their pending certification motion or with respect to any interlocutory appeal from the denial of Defendants' Motion to Dismiss.

IT IS SO STIPULATED:

Dated: June 9, 2005

JAMES B. CHANIN
Attorney for Plaintiffs

Dated: June ___, 2005

GREGORY M. FOX
Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED

Dated: June 9, 2005

THELTON E. HENDERSON
JUDGE OF THE UNITED STATES
DISTRICT COURT

Stipulation and Order - 3

C 03-2962 TEH (JL)