1   GREGORY M. FOX, STATE BAR NO. 070876
    Arlene C. Helfrich, State Bar No. 096461
2   Bertrand, Fox & Elliot
    The Waterfront Building - 2749 Hyde Street
3   San Francisco, California  94109
    Telephone: (415) 353-0999
4   FAX  (415) 353-0990
    Attorneys for Defendants CITY OF OAKLAND
5   and POLICE CHIEF RICHARD WORD

6   (List of Additional Counsel Attached)

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  LOCAL 10, INTERNATIONAL LONGSHORE )
    AND WAREHOUSE UNION, et al.,      )
12                                    )   **File No.** No. C 03-2962 TEH (JL)
                                      )
13          Plaintiffs,               )   Hon. Thelton E. Henderson
        vs.                           )
14                                    )
    CITY OF OAKLAND; et al.,          )
15                                    )   **STIPULATION AND (PROPOSED) ORDER**
                                      )   **DISMISSING INDIVIDUAL OFFICER**
16          Defendants.               )   **DEFENDANTS WITH PREJUDICE AS TO**
                                      )   **PLAINTIFF KRISTIN MEEKER ONLY**
17  _____  )

18

19

20

21

22

23

24

25

26

27

28

                                    1

JAMES B. CHANIN, SBN 76043
JULIE M. HOUK, SBN 114968
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California 94705
Telephone:  (510) 848-4752

FAX (510) 848-5819


JOHN L. BURRIS, SBN 69888
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:  (510) 839-5200

 FAX (510) 839-3882


RACHEL LEDERMAN, SBN 130192
NATIONAL LAWYERS GUILD and
Law Offices of Rachel Lederman and Alexsis C. Beach
558 Capp Street
San Francisco, CA 94110
Telephone:(415) 282-9300
 FAX (415) 285-5066

ALAN L. SCHLOSSER, SBN 49957
JULIA HARUMI MASS SBN 189649
MARK SCHLOSBERG, SBN 209144
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, 1663 Mission Street, Suite 460
San Francisco, CA 94103
Telephone: (415) 621-2493
 FAX (415) 255-8437

**Counsel for Plaintiffs Local 10 Longshore and Warehouse Union et al.
C03-2962 THE (JL)**

John A. Russo Esq. State Bar No. 129729
City Attorney
Randolph W. Hall, Esq.  State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:     (510) 238-3601
 FAX (510) 238-6500

**Counsel for defendant CITY OF OAKLAND et al**

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, Plaintiff KRISTIN MEEKER, and the Defendants CITY OF OAKLAND, RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE,  OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO, through their designated counsel that the above-captioned action entitled Local 10, International Longshore and Warehouse Union, et al., vs. City of Oakland, et al, and numbered  C 03-2962 TEH (JL), be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to all of the claims of plaintiff KRISTIN MEEKER ONLY, against the individual officer defendants ONLY, whose names are listed as follows:

RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE,  OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO.

It is acknowledged that KRISTIN MEEKER's claims against the CITY OF OAKLAND are to be resolved pursuant to her acceptance of the CITY OF OAKLAND's offer of judgment pursuant to FRCP Rule 68 and offer of compromise pursuant to California CCP § 998 dated February 17, 2005. This dismissal with prejudice of the individual officer defendants is a condition of that offer of judgment and offer to compromise.

1 Dated: March 29, 2005

2                                         /s/ James B. Chanin
                                          JAMES B. CHANIN
3                                         Attorney for Plaintiffs in Local 10, et al.

4

5 Dated: March 24, 2005                   /s/ Gregory M. Fox
                                          GREGORY M. FOX
6                                         Attorney for Defendants City of Oakland et al.

7

8                                 **ORDER**

9       Having reviewed the stipulation of the parties, and good cause appearing therefore

10

11      THIS COURT ORDERS THAT, pursuant to the parties' stipulation and the CITY OF

12 OAKLAND's offer of judgment pursuant to FRCP Rule 68 and offer of compromise pursuant to

13 California CCP § 998 dated February 17, 2005, and plaintiff KRISTIN MEEKER's acceptance

14 thereof,  Plaintiff  KRISTIN MEEKER's action No. C –03-2962 THE (JL) shall be and hereby is

15 dismissed with prejudice as against the following defendants ONLY:  RICHARD WORD, PATRICK

16 HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER,

17 E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M.

18 RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M.

19 MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM,

20 SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE,  OFF. A. STEINBERGER, OFF. F.

21 UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E.

22 ROMANS and OFF. C. DELROSARIO.

23

24      BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

25 _6/10/05_____

26 DATE                                   _____

27                                        THELTON E. HENDERSON
                                          UNITED STATES DISTRICT JUDGE
28

                                    4