1  GREGORY M. FOX, STATE BAR NO. 070876
   Arlene C. Helfrich, State Bar No. 096461
2  Bertrand, Fox & Elliot
   The Waterfront Building - 2749 Hyde Street
3  San Francisco, California  94109
   Telephone: (415) 353-0999
4  FAX  (415) 353-0990
   Attorneys for Defendants CITY OF OAKLAND
5  and POLICE CHIEF RICHARD WORD

6  (List of Additional Counsel Attached)

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LOCAL 10, INTERNATIONAL LONGSHORE )
   AND WAREHOUSE UNION, et al.,      )
12                                    )  File No.  No. C 03-2962 TEH (JL)
                                      )
13           Plaintiffs,               )  Hon. Thelton E. Henderson
       vs.                            )
14                                    )
   CITY OF OAKLAND; et al.,           )
15                                    )  STIPULATION AND (PROPOSED) ORDER
                                      )  DISMISSING INDIVIDUAL OFFICER
16           Defendants.               )  DEFENDANTS WITH PREJUDICE AS TO
   _____    )  PLAINTIFF ERIC SHAW ONLY
17

18

...

28

                                      1
STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE RE INDIVIDUAL OFFICER DEFENDANTS AS TO
PLAINTIFF ERIC SHAW ONLY - Case Nos. C-03-2962 TEH (JL)

1

2  JAMES B. CHANIN, SBN 76043
   JULIE M. HOUK, SBN 114968
3  LAW OFFICES OF JAMES B. CHANIN
   3050 Shattuck Avenue
4  Berkeley, California 94705
   Telephone: (510) 848-4752
5  FAX (510) 848-5819

6  JOHN L. BURRIS, SBN 69888
   7677 Oakport Street, Suite 1120
7  Oakland, CA 94621
   Telephone: (510) 839-5200
8  FAX (510) 839-3882

9
   RACHEL LEDERMAN, SBN 130192
10 NATIONAL LAWYERS GUILD and
   Law Offices of Rachel Lederman and Alexsis C. Beach
11 558 Capp Street
   San Francisco, CA 94110
12 Telephone:(415) 282-9300
   FAX (415) 285-5066
13
   ALAN L. SCHLOSSER, SBN 49957
14 JULIA HARUMI MASS SBN 189649
   MARK SCHLOSBERG, SBN 209144
15 AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
16 CALIFORNIA, 1663 Mission Street, Suite 460
   San Francisco, CA 94103
   Telephone: (415) 621-2493
17 FAX (415) 255-8437

18 **Counsel for Plaintiffs Local 10 Longshore and Warehouse Union et al.
   C03-2962 THE (JL)**
19

20 John A. Russo Esq. State Bar No. 129729
   City Attorney
21 Randolph W. Hall, Esq. State Bar No. 080142
   Chief Asst. City Attorney
22 Office of the City Attorney
   One Frank H. Ogawa Plaza, 6th Floor
23 Oakland CA 94612
   Telephone:   (510) 238-3601
24 FAX (510) 238-6500

25
   **Counsel for defendant CITY OF OAKLAND et al**
26

27

28

2

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF ERIC SHAW ONLY - Case Nos. C-03-2962 TEH (JL)

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, Plaintiff ERIC SHAW, and the Defendants CITY OF OAKLAND, RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE, OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO, through their designated counsel that the above-captioned action entitled Local 10, International Longshore and Warehouse Union, et al., vs. City of Oakland, et al, and numbered C 03-2962 TEH (JL), be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to all of the claims of plaintiff ERIC SHAW ONLY, against the individual officer defendants ONLY, whose names are listed as follows:

RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE, OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO.

It is acknowledged that ERIC SHAW's claims against the CITY OF OAKLAND are to be resolved pursuant to his acceptance of the CITY OF OAKLAND's offer of judgment pursuant to FRCP Rule 68 and offer of compromise pursuant to California CCP § 998 dated February 17, 2005. This dismissal with prejudice of the individual officer defendants is a condition of that offer of judgment and offer to compromise.

3

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF ERIC SHAW ONLY - Case Nos. C-03-2962 TEH (JL)

Dated: March 24, 2005

/s/ James B. Chanin
JAMES B. CHANIN
Attorney for Plaintiffs in Local 10, et al.

Dated: March 29, 2005

/s/ Gregory M. Fox
GREGORY M. FOX
Attorney for Defendants City of Oakland et al.

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefore

THIS COURT ORDERS THAT, pursuant to the parties' stipulation and the CITY OF OAKLAND's offer of judgment pursuant to FRCP Rule 68 and offer of compromise pursuant to California CCP § 998 dated February 17, 2005, and plaintiff ERIC SHAW's acceptance thereof, Plaintiff ERIC SHAW's action No. C –03-2962 THE (JL) shall be and hereby is dismissed with prejudice as against the following defendants ONLY: RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE, OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO.

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

6/10/05
DATE

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE