JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK  (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752; FAX (510) 848-5819

JOHN L. BURRIS, SBN 69888
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200; FAX (510) 839-3882

RACHEL LEDERMAN, SBN 130192
NATIONAL LAWYERS GUILD and
Law Offices of Rachel Lederman
and Alexsis C. Beach
558 Capp Street
San Francisco, CA 94110
(415) 282-9300; FAX (415) 285-5066

ALAN L. SCHLOSSER, SBN 49957
MARK SCHLOSBERG, SBN 209144
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
1663 Mission Street, Suite 460
San Francisco, CA 94103
(415) 621-2493; FAX (415) 255-8437

(Additional counsel on next page)
Attorneys for plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No. C -03-2962 TEH (JL) <br><br> STIPULATION AND ORDER GRANTING LOCAL 10 PLAINTIFFS LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF, THEIR MOTION FOR ATTORNEYS' FEES AND COSTS IN EXCESS OF 15 PAGES <br><br> Date: September 19, 2005 <br> Time: 10:00 a.m. <br> Courtroom: No. 12, 19th Floor <br> Judge: Hon. Thelton E. Henderson |

BOBBIE STEIN (SBN# 113239)
503 Dolores Street, #201
San Francisco, CA  94110-1564
(415) 255-0301; FAX (510) 601-5780

OSHA NEUMANN  (SBN#  127215)
1840 Woolsey Street
Berkeley, CA  94703
(510) 644-2429; FAX (510) 540-4821

Attorneys for Plaintiffs


ROBERT REMAR  (SBN# 100124)
LEONARD CARDER LLP
1188 Franklin Street, #201
San Francisco, CA  94109
(415) 447-0403; FAX (415) 771-700

Attorney for Local 10, ILWU Only


　　　　　WHEREAS the Local 10 plaintiffs' counsel anticipate that they may need to exceed the fifteen page limit for their Reply Memorandum in support of their motion for reasonable attorneys' fees and costs due to the complexity of the issues,

　　　　　THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT Local 10 plaintiffs should be granted leave to file a Reply Memorandum in support of their motion for attorneys' fees and

Stip/Order re Fee Motion Page Length                              CASE NO. C -03-2962 TEH (JL)

costs in excess of fifteen pages, but not to exceed <u>twenty</u> pages, exclusive of tables and exhibits.

IT IS SO STIPULATED:

Dated: August 23, 2005                    _____/S/_____
                                          JULIE M. HOUK
                                          Attorney for Local 10 Plaintiffs

Dated: August 24, 2005                    _____/S/_____
                                          GREGORY M. FOX
                                          Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: ___08/25___, 2005                  _____
                                          THELTON E. HENDERSON
                                          JUDGE OF THE UNITED STATES
                                          DISTRICT COURT

IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip/Order re Fee Motion Page Length                          CASE NO. C -03-2962 TEH (JL)

3