IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

NO. C03-2962 TEH

<u>ORDER RE: PLAINTIFFS' OCTOBER 4, 2005 LETTER</u>

The Court is in receipt of Plaintiffs' October 4, 2005 letter urgently requesting a case management conference. However, Plaintiffs' letter also states that all counsel were scheduled to have a conference call yesterday to discuss the issues raised in the letter. Thus, it appears that a case management conference may no longer be necessary. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the parties shall meet and confer regarding the issues raised in Plaintiffs' letter. If the parties are unable to reach agreement, and either party believes that a case management conference is necessary, they shall call this Court's courtroom deputy to schedule a case management conference on a mutually agreeable date.

**IT IS SO ORDERED.**

DATED  10/06/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT