1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California   94109
   Telephone: (415) 353-0999
4  Facsimile:  (415) 353-0990

5
   Randolph W. Hall, State Bar No. 080142
6  Chief Asst. City Attorney
   Office of the City Attorney
7  One Frank H. Ogawa Plaza, 6th Floor
   Oakland CA  94612
8  Telephone:    (510) 238-3601
   Facsimile:    (510) 238-6500
9

10 Attorneys for Defendants CITY OF OAKLAND
   and POLICE CHIEF RICHARD WORD
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14
   SRI LOUISE COLES, et al.            )   **File No.**  C -03-2961 TEH (JL)
15                                      )
            Plaintiffs                  )   **File No.**  C -03-2962 TEH (JL)
16                                      )
   vs.                                  )   **[PROPOSED]** **ORDER AND**
17                                      )   **STIPULATION RE: PRETRIAL**
   CITY OF OAKLAND, a municipal entity, et al. )   **PREPARATION DATES**
18                                      )
                                        )
19       ____Defendants_____ )
                                        )
20                                      )
   LOCAL 10, INTERNATIONAL LONGSHORE   )
21 AND WAREHOUSE UNION, et al.,         )
                                        )
22          Plaintiffs,                 )
                                        )
23       vs.                            )
                                        )
24 CITY OF OAKLAND; et al.,             )
                                        )
25          Defendants.                 )
                                        )
26                                      )

27 _____

28

1  **TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

2      The parties, acting by and through their respective legal counsel, hereby stipulate to the

3  following changes to paragraph 3 of the Order For Pretrial Preparation issued by the Honorable

4  Thelton Henderson on October 25, 2004 (the Order).  Paragraph 3 of the Order dealing with

5  discovery is revised as follows:

6  **3.  DISCOVERY**

7  **(a)  Discovery Cutoff:**  All written discovery, shall be **completed** on or before **October 14, 2005**

8  (previously October 3, 2005).  Any discovery disputes shall be brought to the Court's attention within

9  a reasonable time after the parties have met and conferred to attempt to resolve such disputes without

10  Court intervention.  All depositions, except for depositions of expert witnesses, shall be **noticed on**

11  **or before October 14, 2005**, and **completed by December 23, 2005**.  All depositions of expert

12  witnesses shall be taken on or before **December 23, 2005.**  (Previously December 27, 2005 -  21

13  calendar days before the scheduled trial date).

14  **(b)  Disclosures Regarding Expert Witnesses:**   Plaintiffs shall comply with Federal Rule of Civil

15  Procedure 26(a)(2)(A) (ie., disclose the identity of any person who may be used at trial to present

16  expert testimony) no later that **October 21, 2005.**  (Previously November 10, 2005 – 60 days before

17  pretrial conference).  Defendants shall comply with Federal Rule of Civil Procedure 26(a)(2)(A) (ie.,

18  disclose the identity of any person who may be used at trial to present expert testimony) no later than

19  **October 28, 2005.** (Previously November 25, 2005 – 45 days before pretrial conference).  Failure to

20  comply with these deadlines will prevent a witness from testifying as an expert.  The parties shall

21  comply with all of the disclosures required by FRCP 26(a)(2)(B) (regarding expert reports,

22  qualifications, compensation, etc.) no later than **November 14, 2005.**   (Previously December 30,

23  2005 - 10 calendar days before the pretrial conference).  The parties shall comply with all of the

24  disclosures required by FRCP 26(a)(2)(C) (regarding rebuttal expert reports, qualifications,

25  compensation, etc.) no later than **December 12, 2005.**

26  **(c) Dispositive Motions:**  The dispositive motion hearing deadline will be December 5, 2005 (the last

27  day to file such motions is October 31, 2005).

28

1    2.  In all other respects, the Order will remain in force.

2

3    So Stipulated:

4    Dated: October 14, 2005            HADDAD & SHERWIN

5                                       By:/s/_____

6                                           Michael J. Haddad
                                            Julia Sherwin
7                                           Attorneys for Plaintiffs
                                            SRI LOUISE COLES, et al.
8

9    Dated: October 14, 2005            LAW OFFICES OF JAMES B. CHANIN

10                                      By:/s/_____

11                                          James B. Chanin
                                            Attorney for
12                                          LOCAL 10 PLAINTIFFS, et al.

13

14   Dated: October 14, 2005            LAW OFFICES OF JOHN L. BURRIS

15                                      By:/s/_____
                                            John L.  Burris
16                                          Attorney for
                                            LOCAL 10 PLAINTIFFS, et al.
17

18

19   Dated: October 14, 2005            BERTRAND, FOX, & ELLIOT

20                                      By:/s/_____

21                                          Gregory M. Fox
                                            Attorneys for Defendants
22                                          CITY OF OAKLAND, et al.

23        *I hereby attest that I have on file all holograph signatures for any signatures indicated by a*

24   *"conformed" signature (/s/) within this e-filed document.*  Dated: October 14, 2005.

25

26                                      /s/_____

27                                          MICHAEL J. HADDAD

28

1

<u>ORDER</u>

2

Good cause appearing, the stipulation is so ordered.

3

All other provisions of this Court's Order for Pretrial Preparation dated October 25, 2004

4

shall remain in effect.

5

6

SO ORDERED.

7

8

Dated:        10/18/05

_____
The Honorable Thelton E. Henderson
U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28