1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Declaration of Gregory M. Fox**
# EXHIBIT A ( 23 pages from Massey Depo)

1            UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               ---oOo---

4                            COPY

5   SRI LOUISE COLES, et al.,    )

6        Plaintiffs,      )

7    -vs-               )   No. CO3-2961 TEH (JL)
                         )       C03-2962 TEH (JL)
8   CITY OF OAKLAND, a Municipal )
   entity, et al.,         )

9         Defendants.      )

10  _____)

11  and related cross-action.

12

13

14        DEPOSITION OF LAWRENCE LEE MASSEY

15          Wednesday, April 13, 2005

16

17

18

19  REPORTED BY:  BRIAN DEZZANI, CSR #4572

20

21

22

23              LUSK & SNYDER
              COURT REPORTERS
24      760 MARKET STREET, SUITE 326
          SAN FRANCISCO, 94102
25          (415) 362-5991

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1    A.    Corrections.

2    Q.    Went to work for the Department of

3    Corrections?

4    A.    Yes.  November of '95.

5    Q.    Have you worked that job continuously?

6    A.    Yes.

7    Q.    Up until the present?

8    A.    Yes.  On a part-time basis.

9    Q.    What's your job title?

10   A.    Corrections officer.  Permanent intermittent

11   employee.

12   Q.    A permanent intermittent employee?

13   A.    Employee.

14         MR. NISENBAUM:  I think there's a

15   contradiction of sorts.

16         THE WITNESS:  Well --

17         MR. FOX: Q.  Sounds like the State Personnel

18   Board, so -- are you a member of the union?

19   A.    Yes.

20   Q.    Correctional officers?

21   A.    Yes.

22   Q.    And have you been assigned to one facility

23   since joining the Department of Corrections?

24   A.    Yes.

25   Q.    Where's that?

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1     Q.    Okay.

2     A.    So if this is the gate, then I would say right

3  about there, (indicating).

4     Q.    All right.  So we'll do a one and a circle and

5  that's where you parked?

6     A.    Yes.

7     Q.    Did you park in a legal parking area or was it

8  a no parking area?

9     A.    I think it was legal.

10    Q.    Were there other cars parked there?

11    A.    I don't really recall.  I think -- eventually

12  there were.

13    Q.    Okay.  What kind of car were you driving?

14    A.    I had a -- my '97 GMC Yukon.

15    Q.    Is that a truck?

16    A.    Yes.

17    Q.    Color?

18    A.    Maroon.

19    Q.    So how were you dressed as you got out of your

20  vehicle?

21    A.    Probably that sweat shirt or something that

22  you seen in the picture.

23          I'm not in coveralls.  I'll put it like that.

24  Probably something similar to that.

25    Q.    As you look at Exhibit 752, the first page, do

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1   shirt probably and jeans.  Where do you go?

2       A.     I kind of ventured over to where the activity

3   was, asking some questions and then seen most of the

4   other longshoremen gathered in the middle of Middle

5   Harbor Road and I started talking with them.

6       Q.     When you went over and saw the protesters, did

7   you talk to the protesters?

8       A.     No.

9       Q.     Did you talk to anybody?

10      A.     If any, it would be another longshoreman.

11      Q.     Did you go up and -- was there any reason why

12  you didn't walk through the crowd and go up to the SSA

13  gate and tell them you were there?

14      A.     Yes.

15      Q.     Why was that?

16      A.     Because I seen a clerk who tried to go through

17  the gate and force his way through the gate, and what

18  happened with his car.

19      Q.     What happened to his car?

20      A.     It might have got kicked and hit, that type of

21  thing.

22      Q.     Okay.  I don't want you to guess.  If you saw

23  this, it's important for me to know what happened so --

24      A.     Well, it was kicked and hit, but I also could

25  see why.  I mean, he came in and he forcefully drove in.

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1    Q.    This was a clerk working for the union or

2    working for SSA?

3    A.    For SSA.

4         MR. NISENBAUM:  This is where they're

5    protesters gathered in front of the fence?

6         THE WITNESS:  In front of the fence.

7         MR. FOX: Q.  So this guy literally tried to

8    drive through the protesters and get through the gate?

9    A.    Right.

10    Q.    The crowd did not part for him, instead there

11    were people banging on the car kicking on the car.

12    A.    They kind of parted and tried to force his way

13    in at his face.  So you kind of bump some people.

14    Q.    Did he eventually drive through?

15    A.    Yes.

16    Q.    But when you observed this, you thought what

17    about you trying to get into the gate?

18    A.    Well, I wasn't going to go in the gate.

19    Q.    Okay.  Was it your impression that the people

20    were protesting were blocking access to the gate?

21    A.    Yes.

22    Q.    So rather than create a confrontation or

23    physically have to deal with these people you saw other

24    longshoremen standing on Middle Harbor?

25    A.    Yes.

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1     Q.    And this included Billy Kepo'o?

2     A.    Billy Kepo'o was there mainly.  Brian Moore,

3 and some of the others.

4     Q.    Okay.  Now, was everybody dressed similarly in

5 terms of jeans, sweat shirts, jackets, sweaters?

6     A.    I can't really say.

7     Q.    Okay.  What did you guys discuss in terms of

8 going to work that day, given what was happening in

9 front of the east SSA gates?

10    A.    We're not going to go in, that's kind of like

11 standard procedure.  If you have some type of blockage

12 or labor dispute, you don't try to go in.

13    Q.    Okay.  Had that happened to you before where

14 there had been a lockage or a labor dispute and there

15 was some understood procedure as to what was to be done?

16    A.    I can't say it has happened before, but it's

17 just maybe unwritten law or understanding.

18    Q.    Okay.  Did you understand this was a labor

19 dispute going on?

20    A.    No.  No.

21    Q.    What was the message, if anything, that these

22 people were trying to communicate or do that you

23 understood?

24    A.    It's a protest SSA or protests against SSA for

25 shipping or moving the war material to Iraq.

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1    Q.    Okay.  How did you come to that conclusion

2    that this is what these people were about?

3    A.    They had signs.

4    Q.    As you guys talked, was there any attempt on

5    the part of you and your coworkers to communicate with

6    the union as to what we should do?

7    A.    I believe maybe more with my coworkers, but --

8    Q.    Well, in the event of a picket or a protest in

9    front of the gate, was it understood that you guys were

10   supposed to contact someone, wait for someone to come?

11   A.    At least wait for someone to -- official to

12   let us know what we are to do.

13   Q.    And was any attempt made to communicate with

14   some official to find out what you guys were supposed to

15   do?

16   A.    I believe there was an attempt that was made.

17   Q.    Tell me what happened.

18   A.    As far as I know, it's just from a kind of

19   hearing among the guys that I think either the president

20   was coming out, the BA or someone was coming.

21   Q.    The?

22   A.    The BA.

23   Q.    The business agent?

24   A.    Yes.

25   Q.    Was that Jack Heyman?

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1    A.    Jack was a BA, but I don't know if he was the
2  BA for that day.
3    Q.    Was there someone else that was supposed to be
4  coming, as far as you understood it?
5    A.    No.  I think just the BA.
6    Q.    Was there some kind of a plan?
7          Well, you guys are sitting there.  You're
8  supposed to be at work at 7:30.  The gate is blocked, so
9  what did you guys decide to do?
10   A.    Wait.
11   Q.    For what?
12   A.    For an official to let us know what to do.
13   Q.    Or for the --
14   A.    For the gate to be cleared.
15   Q.    Okay.  Cleared by whom?
16   A.    Whoever.  Just by them leaving.
17   Q.    Okay.  So basically, you guys just stood there
18 on Middle Harbor waiting for whatever was going to
19 happen, to happen regarding the gate, the protesters or
20 an official coming to see you guys?
21   A.    Yeah.
22   Q.    Now, where -- where were you standing on
23 Middle Harbor?  Were you standing on some area where it
24 was lawful for you guys to stand?
25   A.    I don't know what lawful would be.

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1    Q.    Well, for example, are you allowed to stand on

2  the street?

3    A.    Well, in that case, I would say yes.

4    Q.    Why is that?

5    A.    Because there was essentially no where else to

6  be.

7    Q.    Okay.  Okay.

8    A.    If we're trying to go to work.

9    Q.    What about across the street, what was on the

10  other side of Middle Harbor Drive?

11    A.    A rail spur.

12    Q.    Okay.

13    A.    That's it.

14    Q.    Any reason why you guys decided to stand in

15  the middle of Middle Harbor Drive as opposed to walking

16  over to the other side of the road opposite the SSA

17  gate?

18    A.    Yes, there was vehicles there.

19    Q.    There was vehicles there?

20    A.    Yes.

21    Q.    What kind of vehicles?

22    A.    Personal vehicles.

23    Q.    There were vehicles parked on Middle Harbor?

24    A.    Well, I wasn't parked, but most of the other

25  longshoremen were parked in the turning lane --

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1    Q.    Okay.

2    A.    -- of Middle Harbor.

3    Q.    Okay.  Is it lawful to park in a turning lane,

4    as you understood it?

5    A.    In that particular instance, yes, because

6    there was the no where else to park, yeah.

7    Q.    Was there truck traffic on Middle Harbor while

8    you guys were standing out there?

9    A.    I don't recall.

10   Q.    Is there generally truck traffic on Middle

11   Harbor?

12   A.    Yes.

13   Q.    What happened to the trucks that morning, if

14   you were able to --

15        MR. NISENBAUM:  If you know?

16        MR. FOX: Q.  Able to observe.

17   A.    I don't know.

18   Q.    So the trucks weren't driving up and down

19   trying to pull in the gates?

20   A.    I don't think so.

21   Q.    Okay.

22   A.    But see, remember they don't pull into that

23   gate anyway.

24   Q.    Okay.  Were you able to see what was happening

25   at the west SSA gate?

```
 1    police might be doing in terms of opening up the gate,
 2    dealing with the protesters or anything like that?
 3         A.   I don't recall.
 4         Q.   Okay.  At some point in time do you see the
 5    people from the west APL gate coming towards your
 6    location at the east SSA gate?
 7         A.   Some, yes.
 8         Q.   What do you see?  Tell me what you see.
 9         A.   Just some that there was movement toward --
10    toward the way -- towards us.
11         Q.   Okay.  So you're standing in the middle of
12    Middle Harbor; correct?
13         A.   Yes.
14         Q.   You've got people in front of the east SSA
15    gate, protesters?
16         A.   Yes.
17         Q.   And you see people coming towards you from the
18    west APL gate?
19         A.   Yes.
20         Q.   Do they appear to be protesters as well?
21         A.   Yeah.
22         Q.   Are you able to tell why it is they're coming
23    towards you?  What's happening?
24         A.   Not at first, no.
25         Q.   What do you see eventually?
```

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1      A.    Eventually I seen the police and them

2  developing a skirmish line.

3      Q.    Is that something you had trained to do as a

4  member of the Department of Corrections?

5      A.    Yes.

6      Q.    When you had trained as a member of the

7  Department of Corrections, why were you skirmish -- why

8  are skirmish lines used by the Department of

9  Corrections?

10     A.    It is a way to either stop, control or move

11 inmates from areas that you want them to move.

12     Q.    And the Department --

13     A.    Riots.  Riots.

14     Q.    And the Department of Corrections when you

15 guys train on using skirmish lines, are you training

16 using helmets?

17     A.    Some do put on helmets, yes.

18     Q.    Carry batons, impact weapons?

19     A.    Yes.

20     Q.    And in the Department of Corrections when you

21 guys have trained on skirmish lines, have there been

22 training about using less lethal to move inmates?

23     A.    Yes.

24     Q.    And you guys tried to use less lethal on

25 inmates who're not armed?

1    A.   I believe so, yeah.

2    Q.   Okay.   If you got inmates who're rioting, one

3    of the techniques is to move them using less lethal;

4    correct?

5    A.   Correct.

6    Q.   Now, when you saw this police skirmish line

7    forming up, did you have an understanding that the

8    Oakland police were beginning to do some kind of crowd

9    control?

10   A.   Yes.

11   Q.   That they were attempting to move the

12   demonstrators?

13   A.   Yes.

14   Q.   Okay.   And the demonstrators were, in fact,

15   moving?

16   A.   Yes.

17   Q.   As the demonstrators came towards you, did

18   they begin to congregate in Middle Harbor Drive?

19   A.   I wouldn't say congregate, just move down.

20   Q.   Okay.   Did they eventually locate themselves

21   where you were standing?

22   A.   You mean like just standing there.

23   Q.   Yeah, stop and congregate in a big crowd?

24   A.   No.   No.

25   Q.   You don't remember any crowd of demonstrators

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1  forming around you where you were standing with your

2  coworkers?

3      A.    No.   What I recall is mainly being over to the

4  side of this.

5      Q.    Did you see eventually the Oakland police

6  approaching you in a skirmish line?

7      A.    Yes.

8      Q.    Was there a line who have motorcycles?

9      A.    Yes.

10      Q.    Was there a line of officers on foot?

11      A.    Yes.

12      Q.    Did those two lines come to a stop some

13  distance east of you?

14      A.    Yes.

15      Q.    And when that occurred, did you see the police

16  bring some vehicles up behind the skirmish line?

17      A.    If it was vehicles, it would just be

18  motorcycles.

19      Q.    Did you hear any public announcements of a

20  dispersal order from the Oakland police lines?

21      A.    What I remember is for them, the protesters,

22  to remove themselves from the gate.   That's about it.

23      Q.    All right.   So you heard some kind of

24  announcement or --

25      A.    M-hmm.

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1    Q.    -- order being given which you understood was

2    telling the protesters to move from out of the east SSA

3    gate?

4    A.    Yes.  Yes.

5    Q.    What did the protesters do in response?

6    A.    They lingered for a couple of seconds, but

7    they began to move.

8    Q.    Okay.  Did they move to where you were

9    standing?

10    A.    They moved some crossed us.

11    Q.    Okay.

12    A.    But the majority of us kept walking down like

13    the fence line going --

14    Q.    The protesters?

15    A.    Yes.

16    Q.    Did there come a point in time when you were

17    standing by yourself with the -- by yourself with the

18    protesters in between the protesters and the Oakland

19    Police Department?

20    A.    Can you say that again?

21    Q.    Did there come a point when you were standing

22    in the middle of Middle Harbor in between the police

23    line and the protesters?

24    A.    I would assume so, yeah.

25    Q.    Okay.  You were standing there because you

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1  were waiting for the gate to be cleared for you to go to

2  work?

3      A.    Correct.

4      Q.    All right.   And --

5      A.    And that's when they start to clear, the

6  longshoremen on the other side was allowed to drive in.

7      Q.    The longshoremen who were on the other side of

8  where?

9      A.    There's -- this other east gate is like an

10  intersection.

11      Q.    Right.

12      A.    And so on the other side of the intersection

13  you had longshoremen parked in the turn lane over on

14  that side.

15      Q.    So there were cars that were --

16      A.    Facing us.

17      Q.    -- pointing westbound?

18      A.    Yes.

19      Q.    And as the gate cleared, those cars began to

20  drive into the gate?

21      A.    They were able to, yes.   Yes.

22      Q.    And park?

23      A.    The police kind of helped push them along.

24      Q.    So after they pulled into the gate, what

25  happened?

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

```
1        A.    We were shot.

2        Q.    Okay.  So let me see if I understand this

3   sequence, okay?

4        A.    Okay.

5        Q.    You're standing in the middle of Middle Harbor

6   --

7        A.    M-hmm.

8        Q.    -- with your co-workers?

9        A.    M-hmm.

10       Q.    You have to say yes.

11       A.    Yes.

12       Q.    There's a group of protesters in front of the

13  east SSA gate?

14       A.    Yes.

15       Q.    Protesters from the west APL gate join those

16  people?

17       A.    Yes.

18       Q.    Okay.  A line of police begin to approach and

19  come to a stop on the east side of the SSA gate?

20       A.    Yes.

21       Q.    Line of motorcycles?

22       A.    Motorcycles and men.

23       Q.    On foot?

24       A.    Yes.

25       Q.    You hear some kind of an order given to the
```

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1   protesters to get out of the way of the east SSA gate?

2       A.   Yes.

3       Q.   What can you tell me what you actually heard?

4       A.   No.

5       Q.   Were there protesters standing around you in

6   the middle of Middle Harbor when that order was given?

7       A.   Probably a few.

8            MR. NISENBAUM:  As far as you mean by around,

9   are you referring --

10           MR. FOX:  Q.  Were they standing in the middle

11  of Middle Harbor Road?

12      A.   They were standing pretty much everywhere.  I

13  mean, the majority was over to the side of us.

14      Q.   Okay.  In front of the east SSA gate?

15      A.   Yes, and along the fence line.

16      Q.   But there were also protesters standing in

17  Middle Harbor, in affect, right all around you?

18      A.   Yes.

19      Q.   When the order was given to get out of the

20  vicinity of the east SSA gate, did you have any

21  understanding that it also applied to the protesters

22  standing in the middle of Middle Harbor Drive?

23      A.   No.

24      Q.   Did you have an understanding that it was

25  lawful for the protesters to be standing in the middle

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1      A.     No.

2      Q.     Did you look down and see what had struck you?

3      A.     Not at that time.

4      Q.     Okay.  You took cover?

5      A.     Tried to take cover.

6      Q.     Okay.

7      A.     And then essentially I walked over towards the

8   rail head, and they threw a grenade.

9      Q.     Okay.  So you went over to where the railroad

10  tracks were?

11     A.     Yeah.

12     Q.     On the opposite side of the street?

13     A.     Right.

14     Q.     And then a grenade was thrown in your

15  direction --

16     A.     Yes.

17     Q.     -- exploded?

18     A.     Exploded behind me.

19     Q.     And then what did you do?

20     A.     I got even madder and kept telling them, I'm a

21  worker.

22     Q.     So you were actually facing them?

23     A.     Yes.

24     Q.     And saying "I'm a worker"?

25     A.     Yeah.

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1      Q.    And what did they say or do?

2      A.    One officer -- what did he do?  He was -- he

3  was kind of like forceful.  Telling me to go, leave.  I

4  said, "I'm a worker and a correctional officer.  Here's

5  my badge."

6      Q.    Okay.  You showed him your ID?

7      A.    Yes.  And he still was trying to be forceful,

8  and then one of the other partners -- and he said, "Let

9  me look and let me through."

10     Q.    So you were able to go through the skirmish

11  line.

12     A.    Yeah.  I guess it was still a skirmish line at

13  that time.

14     Q.    The line?

15     A.    Yeah.

16     Q.    Let me ask you this:  You were struck twice

17  almost simultaneously in the back side?

18     A.    Yes.

19     Q.    As you then go from the center of Middle

20  Harbor to the side of the road, did you see or detect

21  anyone firing at you as you crossed the street?

22     A.    No.

23     Q.    As you crossed the street, did you hear

24  continuing firing?

25     A.    That, I don't recall.

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1    Police Department?

2        A.    No.

3        Q.    Do you know anybody that works for Oakland --

4        A.    No.

5        Q.    Ever had prior contact with the Oakland

6    police?

7        A.    No.

8        Q.    Any contact with them since?

9        A.    No.

10       Q.    Have you learned, except from your attorneys,

11   anything about what happened that day between April 7th

12   and today that in some respect explains what happened

13   and why they did it?

14       A.    No.

15       Q.    Okay.  I think I'm almost done, so give me a

16   second to check my notes.

17            MR. NISENBAUM:  I just have a couple of points

18   of clarification.

19            MR. FOX:  Sure, go ahead.

20            EXAMINATION BY MR. NISENBAUM

21            MR. NISENBAUM: Q.  Was anybody in the group of

22   longshoremen that you were standing with in the turn

23   lane, was anybody wearing any kind of a peace activist

24   t-shirt or protest activist t-shirt?

25       A.    No.

DEPOSITION OF LAWRENCE LEE MASSEY, 4-13-05

1    Q.    Anyone carrying any signs?

2    A.    No.

3    Q.    Any pickets?

4    A.    Not that I recall.

5    Q.    Anybody marching in circles or chanting --

6    A.    No.

7    Q.    I understand you weren't wearing your formal

8    or were you wearing your formal work clothes at that

9    point?

10   A.    We really don't have any formal work clothes.

11   Q.    Okay.  All right.  When -- when protesters

12   were being dispersed by police as you were still

13   standing there, assuming that that's what happened, did

14   they -- were their protesters who stopped next to you or

15   next to your group in the middle of the road?

16   A.    I don't believe so, mainly just were walking.

17   Q.    Okay.  So the protesters -- did the protesters

18   continue moving at that time?

19   A.    As far as I recall.

20   Q.    All right.  And you guys did not move, you and

21   your --

22   A.    No.

23   Q.    Okay.  Before the officers shot, did you hear

24   any warning that there would be any firing?

25   A.    I don't recall.  Only the warning for the

1    CERTIFICATE OF DEPOSITION OFFICER

2         I, BRIAN DEZZANI, CSR NO. 4572, duly

3    authorized to administer oaths pursuant to Section 2093

4    (b) of the California Code of Civil Procedure, hereby

5    certify that the witness in the foregoing deposition was

6    by me duly sworn to testify the truth, the whole truth

7    and nothing but the truth in the within-entitled cause;

8    that said deposition was taken at the time and place

9    therein stated; that the testimony of the said witness

10   was reported by me and thereafter transcribed by me or

11   under my direction into typewriting; that the foregoing

12   is a full, complete and true record of said testimony;

13   and that the witness was given an opportunity to read

14   and correct said deposition and to subscribe the same.

15        I further certify that I am not of counsel or

16   attorney for any of the parties in the foregoing

17   deposition and caption named, or in any way interested

18   in the outcome of the cause named in said caption.

19

20                      DEPOSITION OFFICER

21                      I hereby certify this copy

22                      is a true and exact

23                      copy of the original.

24   DATE: 5-12-05

25                      DEPOSITION OFFICER