1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Declaration of Gregory M. Fox**
# EXHIBIT D ( 21 pages from Kepo'o Depo)

1        UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3              ---o0o---

4                                      COPY

5   SRI LOUISE COLES, et al.,      )
                                    )
6            Plaintiffs,            )
                                    )
7        -vs-                       )    No. CO3-2961 TEH (JL)
                                    )        C03-2962 TEH (JL)
8   CITY OF OAKLAND, a Municipal    )
    entity, et al.,                 )
9                                   )
             Defendants.            )
10   _____)

11   and related cross-action.

12

13

14            DEPOSITION OF BILLY KEPO'O

15             Tuesday, April 12, 2005

16

17

18

19   REPORTED BY:  BRIAN DEZZANI, CSR #4572

20

21

22

23               LUSK & SNYDER
                COURT REPORTERS
24       760 MARKET STREET, SUITE 326
             SAN FRANCISCO, 94102
25              (415) 362-5991

1

1    coworkers prior to actually arriving at the port on the

2    7th about some protest other than what this guy had told

3    you the night before?

4         A.    No.

5         Q.    All right.  When you drove to work that

6    morning, were you by yourself?

7         A.    Yes.

8         Q.    You generally drove yourself to work?

9         A.    Yes.

10        Q.    How would you be dressed -- let me ask you

11   specifically how were you dressed on that Monday?  What

12   were you wearing?

13        A.    Jeans, shirt.

14        Q.    Shirt would be a t-shirt?

15        A.    Yes.

16        Q.    Was that your normal dress for work?

17        A.    Yes.

18        Q.    Once you were inside the gate, would you

19   change into other clothing?

20        A.    No.

21        Q.    Put on any special vests, jackets or

22   identifying gear that you were a worker or longshoreman?

23        A.    Hard hat and vest, yes.

24        Q.    Did the hard hat have any writing on it, logos

25   or is that something you could individually customize?

DEPOSITION OF BILLY KEPO'O, 4-12-05

1   because he couldn't go any further.  That's different.

2          MR. FOX: Q.  Okay.  When you pulled over, this

3   is something you did voluntarily on your own?

4      A.   Yes.

5      Q.   After you -- you turned your engine off?

6      A.   Yes.

7      Q.   What did you decide to do?

8      A.   Walk the rest of the way to SSA.

9      Q.   Did you exit your car?

10     A.   Yes.

11     Q.   Were you carrying your helmet and your vest?

12     A.   Yes.

13     Q.   Lunch box?

14     A.   No.

15          MR. BURRIS:  Pardon me?

16          THE WITNESS:  No.

17          MR. FOX: Q.  Anything else you were carrying?

18     A.   No.

19     Q.   Were you wearing a jacket?

20     A.   I was wearing a sweater.

21     Q.   A sweater.  Did the sweater say anything?

22     A.   No.

23     Q.   Did the sweater have sleeves?

24     A.   Yes.

25     Q.   V-necked?

DEPOSITION OF BILLY KEPO'O, 4  2-05

1     A.    It was Old Navy fleece.

2     Q.    Okay.  Did it say Old Navy on it?

3     A.    No.

4     Q.    Say anything on it?

5     A.    No.

6     Q.    So you were wearing your shirt, your sweater,

7  your jeans, you're carrying a helmet and your green

8  vest?

9     A.    Yes.

10     Q.    And then what did you decide to do?

11     A.    Then I decided to walk to the SSA, so I

12  originally went in towards the terminal, APL terminal.

13     Q.    Right.

14     A.    But then a police officer told me I couldn't

15  go that route.  He told me I had to go the other way

16  which is the railroad tracks side, so I did that.  I

17  walked around -- around both lines, the protestors, and

18  then went back and then proceeded to walk all the way to

19  SSA'S west gate.

20     Q.    East gate?

21     A.    East gate.

22     Q.    Okay.  So as you proceeded westbound walking

23  on the same side of the road as the railroad tracks,

24  once you attempted at one point to pass over to the

25  frontage road or the road that would be right in front

1    A.    No.

2    Q.    Didn't see the police trying to push people

3 with their batons?

4    A.    When I walked around them?

5    Q.    Right.

6    A.    No.

7    Q.    What was your sense as to what was taking

8 place at that west APL gate as you walked by?

9    A.    What do you mean by that?

10    Q.    Well, when you came to work everyday, you

11 rarely saw two police lines, a group of people walking

12 in a circle; right?

13    A.    Right.

14    Q.    So what was your sense as to what was taking

15 place?

16    A.    Wow.

17    Q.    All right.  And did you see any longshoremen

18 standing along Middle Harbor trying to get into the west

19 APL gate?

20    A.    I seen longshoremen standing over on this

21 side, (indicating).

22    Q.    On the side of the railroad tracks?

23    A.    There were mechanics, some mechanics were

24 standing on this side.

25    Q.    Which would be the same side you parked your

DEPOSITION OF BILLY KEPO'O, 4-__ 05

1   car?

2        A.    Yeah.

3        Q.    As you walked by them, did you say hello or

4   communicate?

5        A.    Yeah.

6        Q.    What was --

7        A.    Just hello.

8        Q.    Did you ask them if they were having problems

9   getting to work?

10       A.    No.

11       Q.    You said "Hi" and they said "Hey" and you kept

12   going?

13       A.    Yes.

14       Q.    Did the mechanics appear to be part of the

15   protest?

16       A.    No.

17       Q.    Did they talk about showing solidarity with

18   the protesters?

19       A.    No.

20       Q.    Was there any type of a picket line, honoring

21   a picket line?

22       A.    No.

23       Q.    Waiting for an arbitrator?

24       A.    No.  When I was walking around them --

25       Q.    As you walked by, did you see Jack Heyman?

DEPOSITION OF BILLY KEPO'O,    12-05

1    A.    No.

2    Q.    Would you recognize Jack Heyman if you saw

3  him?

4    A.    Yes.

5    Q.    Did you see any union officials communicating

6  with the police?

7    A.    No.

8    Q.    So you figured "I'm still going to work and I

9  better get going"?

10   A.    Yes.

11   Q.    Were you feeling any concern about leaving

12  your car parked back where it was?

13   A.    No.

14   Q.    Did you assume it was lawfully parked and you

15  could return there at 6:00 o'clock and pick it up?

16   A.    I never really thought about it.

17   Q.    Okay.  Fair answer.

18        As you headed down across Middle Harbor

19  approaching the east SSA gate, what did you see taking

20  place in the area of the east SSA gate that was out of

21  the ordinary?

22   A.    You had protesters in a circle here,

23  (indicating).

24   Q.    Okay.  So they were on -- kind of on the

25  driveway in front of the east SSA gate?

DEPOSITION OF BILLY KEPO'O,    12-05

1      A.     Yes.

2      Q.     Did the circle extend out onto Middle Harbor?

3      A.     No.   Just from side to side.

4      Q.     Okay.   And they were marching in a big circle?

5      A.     Yes.

6      Q.     Was there any truck traffic moving through the

7   gate?

8      A.     No.

9      Q.     Any vehicle traffic?

10      A.     No.

11      Q.     Did you see any longshoremen standing around?

12      A.     In the middle of the road.

13      Q.     When you say that they were standing in the

14   middle of the road, was there a pedestrian island there?

15      A.     No.

16      Q.     Was it a lane of traffic or a turn lane?

17      A.     There's a double line, that created one of

18   those -- like it wasn't a cement island, but it was a

19   painted island.

20      Q.     Okay.   Just really briefly kind of just draw

21   -- draw me Middle Harbor and show me what it looked like

22   as you were standing?

23      A.     That's a turning lane.

24      Q.     Okay.

25      A.     And the protesters were here, (indicating).

DEPOSITION OF BILLY KEPO'O, 1-12-05

1   The longshoremen basically parked their cars here and

2   were basically standing in this area.  So to me the

3   Middle Harbor lane always it would be going eastbound.

4   It would be eastbound this way and east bound this way,

5   (indicating).

6       Q.    All right.  Is there a railroad crossing right

7   about there?

8       A.    Not there.

9       Q.    There is a railroad crossing somewhere in this

10  vicinity of the SSA gates?

11      A.    The railroad comes across the road.

12      Q.    Right.

13      A.    A little further down.

14      Q.    Okay.  Does that railroad crossing or other

15  gate entrance --

16      A.    I wouldn't know.

17      Q.    Okay.  Does that railroad actually operate,

18  trains actually cross the road there?

19      A.    I haven't seen any.

20      Q.    So this would be an island for cars that were

21  going to make a turn where?

22      A.    U-turn.

23      Q.    Oh, okay.  So something surrounded by a double

24  yellow line?

25      A.    Right.

POSITION OF BILLY KEPO'O,   12-05

1    Q.    Were there any cars in this island area?

2    A.    Longshoremen's.

3    Q.    Okay.  So as you approached those

4  longshoremen, did you recognize them?

5    A.    Yes.

6    Q.    And what information was exchanged between you

7  and them regarding what's going to happen about going to

8  work today?

9    A.    Business agent was called.

10    Q.    Which would be Jack Heyman?

11    A.    Jack Heyman.

12    Q.    Somebody had a cell phone?

13    A.    Yes.  I presume so, yes.

14    Q.    Who made the call?

15    A.    I don't know.

16    Q.    Did you hear the conversation?

17    A.    No.

18    Q.    What were you told about the conversation?

19    A.    The business agent was called, and for to us

20  stand by.

21    Q.    Did you attempt to walk through the east SSA

22  gate?

23    A.    No.

24    Q.    Why not?

25    A.    I don't know.  I didn't want to get beat up.

1     A.    It depends on if there's three cranes.  Two

2 cranes required, but I didn't know how many cranes was

3 being operated.

4     Q.    What's the fewest number it could be?

5     A.    One crane.

6     Q.    Which would be how many crew?

7     A.    It would be a walking boss, dock boss, two

8 crane drivers, hatch tender, seven tractor drivers, four

9 lashers.

10     Q.    Almost 20 people?

11     A.    Plus your two top pickers, your clerks.

12     Q.    So it could be 25 people?

13     A.    For one crane?

14     Q.    Sure.  15 to 25 people?

15     A.    Sure.

16     Q.    Two cranes double the number?

17     A.    Yes.

18     Q.    Three cranes triple the number?

19     A.    Yes.

20     Q.    Was there any discussion among the

21 longshoremen about going up to the other gate, the west

22 SSA gate?

23     A.    No.

24     Q.    So the consensus was we're just going to stand

25 by?

POSITION OF BILLY KEPO'O,   12-05

1    A.    Yes.

2    Q.    How long did you stand by for some something

3  to happen to change the scenario?

4    A.    Yeah, something happened to change the

5  scenario.

6    Q.    About how long?

7    A.    About 30 minutes, 40 minutes.  It was about

8  after 8:00 o'clock when things started changing.

9    Q.    Okay.  So for 30 to 40 minutes you just

10  basically stood there in the middle of Middle Harbor

11  with your fellow workers watching the protesters march

12  in a circle?

13    A.    Yes.

14    Q.    Could you hear anything going on down at the

15  other west APL gate?

16    A.    Yes.

17    Q.    What could you hear going on between 7:30 and

18  8:00, if anything?

19    A.    Explosions.

20    Q.    Explosions?

21         Did you see a helicopter at any point flying

22  overhead?

23    A.    No.

24    Q.    When you heard the explosions that was

25  approximately what time, if you can recall?  You got

POSITION OF BILLY KEPO'O,  -12-05

1  there at about 7:20, 7:25?

2      A.    Right.

3      Q.    What time did the explosions start taking

4  place?

5      A.    Oh, I'd say about -- I don't know, maybe about

6  quarter to 8:00.

7      Q.    Okay.  When you heard the explosions, what, if

8  anything, did you learn about what was going on?

9          MR. BURRIS:  At that moment?

10         MR. FOX:  Yeah.  Boom, boom, boom, bang, bang,

11  bang.

12         THE WITNESS:  Something was going on.

13         MR. FOX: Q.  Something is going on.  Was there

14  any discussion to call anyone, call the business agent?

15      A.    I wouldn't know.

16      Q.    So when you heard the explosions, you had no

17  idea what was going on?

18      A.    No.

19      Q.    What then happened in terms of a change in the

20  dynamics?  You heard these explosions, then what starts

21  to happen?

22      A.    Then people start running our way.

23      Q.    So people are moving westbound on Middle

24  Harbor?

25      A.    Uh-huh.

POSITION OF BILLY KEPO'O,    12-05

1      Q.     Away from the west APL gate?  Are they

2   running?

3      A.     They were running.

4      Q.     And were they civilians or police?

5      A.     They were the protesters.

6      Q.     The protesters were running.  Where were they

7   running to?

8      A.     It looked like they were running our way.

9      Q.     So they were running generally westbound on

10  Middle Harbor, and were they approaching the island

11  where you were standing?

12     A.     Yes.

13     Q.     Okay.  And you saw about how many people

14  running towards you, five, 50, hundreds?

15     A.     A group of a lot.

16     Q.     Large crowd of people?

17     A.     A large crowd of people.

18     Q.     As that crowd ran towards you, what, if

19  anything, did the protesters do who were marching in

20  that circle in front of the east SSA gate?

21     A.     I didn't see any change.  They were still in

22  the circle.

23     Q.     Was there any discussion between you and your

24  coworkers about moving, changing your location, doing

25  anything in response to hearing these explosions and

DEPOSITION OF BILLY KEPO'O, 12-05

```
 1    seeing this crowd of people now running towards you
 2    westbound on Middle Harbor?
 3         A.    No.
 4         Q.    Did you have any idea as to why they were
 5    running westbound?
 6         A.    Not really.
 7         Q.    Did you put your helmet on?
 8         A.    No.
 9         Q.    Put your vest on?
10         A.    No.
11         Q.    Did -- was anybody else wearing an SSA helmet?
12         A.    I can't recall.
13         Q.    Anybody else put their vests on?
14         A.    Don't remember.
15         Q.    Anybody wearing distinctive union jackets?
16         A.    I don't know.
17         Q.    Anybody wearing, like, badges or signs around
18    their necks saying Local 10 or anything like that?
19         A.    No, I don't.
20         Q.    Okay.  Did the people running towards you
21    actually come up within physical proximity to you?
22         A.    Our area became crowded.
23              MR. BURRIS:  When you get to a breaking point
24    --
25              MR. FOX:  Let's take a quick break.
```

1          MR. FOX:  Maybe blue.  It may be green.

2          MR. BURRIS:  Dark blue.

3          MR. FOX:  And then the overhead video is in

4    black and white.  And after watching it several times

5    you were able to identify an individual who you believe

6    was yourself which, in general, appear to be standing in

7    front of this vehicle as the police motorcycle line

8    approached and came to a stop.  And then as the police

9    tango team appeared and threw objects which appeared to

10   explode and began to discharge firearms, the figure on

11   the video appears to react to that.

12          So I'm going to walk you through, and I want

13   you to kind of go back now and use your own memory.  We

14   reached it somewhat with the videotape, but you

15   yourself, of course, were there and you have some

16   perceptions as to what happened.

17          So as you are standing on Middle Harbor with

18   your coworkers in close proximity to you, the

19   demonstrators run westbound and, in fact, reach the area

20   where you yourself are standing; correct?

21      A.      Yes.

22      Q.      And it would appear this was a fairly

23   significant number of demonstrators?

24      A.      Yes.

25      Q.      At least 100, if not more people?

DEPOSITION OF BILLY KEPO'O, 10-12-05

1      A.    I don't know the numbers, but it got crowded.

2      Q.    It got crowded.

3            Now, was there a period of time in which the

4      police line came to a stop so there was an open space

5      between the area of Middle Harbor occupied by the police

6      and the area of Middle Harbor occupied by yourself,

7      other longshoremen and the demonstrators?

8      A.    Yes.

9      Q.    And what occurred while the two lines in

10     affect were stopped while the police line was stopped

11     and while the demonstrators were congregating in your

12     area, what took place during that time period?

13     A.    They were all basically milling -- going this

14     way, (indicating).  They were walking away from the

15     police line.

16     Q.    Westbound?

17     A.    Westbound.

18     Q.    Okay.  And then as the demonstrators were

19     walking westbound, at any point in time did you hear any

20     kind of a command from the police regarding dispersal or

21     unlawfulness?

22     A.    Very faint.

23     Q.    Okay.  But you did hear some type of demand

24     from the police?

25     A.    Yes.

1      Q.    Did that occur while the police line was still

2   at this stop point where there was distance between them

3   and the demonstrators and yourself?

4      A.    Yes.

5      Q.    When you heard that demand by the police, can

6   you tell me specifically what it was you heard?  A word

7   or words or whatever you heard will be helpful for me.

8      A.    Violation and to disperse.

9      Q.    Okay.  After this dispersal command was given

10  by the police, did some period of time -- did some

11  period of time go by before the police motorcycles

12  accelerated and moved closer to you?

13     A.    After the dispersal, the order, I heard a

14  bang and then I got hit, and then the motorcycle started

15  moving forward.

16     Q.    Okay.  Now, we saw on the videotape -- maybe I

17  should play it one more time.

18          (Plays videotape.)

19          MR. FOX: Q.  Okay.  At the very beginning of

20  the videotape you see the police motorcycles beginning

21  to approach the crowd standing near the east SSA gate;

22  correct?

23     A.    Right.

24     Q.    Was the dispersal order given before those

25  motorcycles began to come closer to you or after?

DEPOSITION OF BILLY KEPO'O, 9-12-05

```
 1       A.      Before.

 2       Q.      Before?  Did you hear the shot before the

 3  motorcycles began to approach you or did it occur at

 4  some point afterwards?

 5       A.      Before.

 6       Q.      Before.  Did you hear a single shot or several

 7  shots?

 8       A.      To me it was a single bang.

 9       Q.      A single bang?

10       A.      Yeah.

11       Q.      And then when you heard that bang, did you

12  feel anything?

13       A.      Yes.

14       Q.      And did you look down and see if you'd been

15  injured?

16       A.      Yes.

17       Q.      And first, where did you feel something?

18       A.      My right hand.

19       Q.      Now, I want you to go back.  And you're

20  standing on Middle Harbor and when you hear the police

21  dispersal order, are you facing eastbound looking at the

22  police line?

23       A.      I think I was looking at, like, protesters.

24       Q.      People that are standing around you?

25       A.      Right.
```

1    Q.    So were you -- so you're not looking directly

2  at the police?

3    A.    No.

4    Q.    And when you heard the dispersal order, did

5  you think that that applied to you?

6    A.    No.

7    Q.    Did you see people beginning to then walk

8  westbound?

9    A.    Yes.

10   Q.    Did you think that that -- that the dispersal

11 order required you to walk westbound?

12   A.    I didn't think that applied to me at all.

13   Q.    And the reason being?

14   A.    Because I was going to work.

15   Q.    Okay.  When you heard the bang, which way were

16 you facing?

17   A.    Towards the protesters.

18   Q.    Okay.  So that would have been looking

19 eastbound, looking towards the SSA gate looking

20 westbound?

21   A.    Towards the SSA gate.

22   Q.    All right.  And how soon after you heard the

23 bang, did you feel something strike you?

24   A.    Like in a second later.

25   Q.    Okay.  I'm going to show you the tape one more

CERTIFICATE OF DEPOSITION OFFICER

I, BRIAN DEZZANI, CSR NO. 4572, duly authorized to administer oaths pursuant to Section 2093 (b) of the California Code of Civil Procedure, hereby certify that the witness in the foregoing deposition was by me duly sworn to testify the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of the said witness was reported by me and thereafter transcribed by me or under my direction into typewriting; that the foregoing is a full, complete and true record of said testimony; and that the witness was given an opportunity to read and correct said deposition and to subscribe the same.

I further certify that I am not of counsel or attorney for any of the parties in the foregoing deposition and caption named, or in any way interested in the outcome of the cause named in said caption.

_____

DEPOSITION OFFICER

I hereby certify this copy

is a true and exact

copy of the original.

DATE: 5-8-05

DEPOSITION OFFICER