Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
Nancy Huneke State Bar No. No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California   94109
Telephone:     415.353.0999
Facsimile:     415.353.0990

John A. Russo, State Bar No. 129729
Oakland City Attorney
Randolph W. Hall, State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:     510.238.3601
Facsimile:     510.238.6500

Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND; et al., <br><br> Defendants. | File No.  C -03-2962 TEH (JL) <br><br> **DECLARATION OF DEPUTY CHIEF HOWARD JORDAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION AGAINST INDIVIDUAL PLAINTIFFS** <br><br> Date:    December 5, 2005 <br> Time:    10:00 a.m. <br> Location: Courtroom 12, 19th Floor <br><br> Hon. Thelton E. Henderson |

I, Howard Jordan, hereby declare:

1. I am a Deputy Chief of the Oakland Police Department.  At the time of the Port protest which is the subject of this suit, I was a Lieutenant with OPD.  I was assigned as Commander of the

1  Red Mobile Field Force Team, which consisted of approximately 44 officers and 6 sergeants, and
2  was assigned to the operation at the anti-Iraq war demonstration that took place at the Port of
3  Oakland on April 7, 2003.
4      2.  Our mission at the Port was to protect the rights of individuals and groups who wished to
5  participate in an orderly demonstration and expression of their view regarding the war, while
6  ensuring that ingress and egress to Port terminals remain uninterrupted and operational; to ensure that
7  the people who worked at or used the Port terminals were able to conduct lawful business with
8  minimum disruption or intimidation; and to prevent criminal activity at the port.
9      3.  On the morning of April 7, 2003, I was present at the East SSA gate and observed a large
10 crowd gathered at that location.  After observing that the crowd was blocking the entrance to the East
11 SSA gate as well as blocking traffic on Middle Harbor Road, I observed Operation Commander Capt.
12 Rod Yee give two dispersal orders, approximately two minutes apart, from the public address system
13 of my OPD vehicle.  During the approximately 10 to 15 minutes that I stood observing the crowd at
14 this location, I did not recognize or otherwise identify any member of the crowd as being a member
15 of Local 10.  No one that I observed was wearing or carrying anything that indicated membership in
16 the ILWU Local 10.  Therefore, I was not aware that members of Local 10 were among the crowd
17 assembled at the East SSA gate. Captain Yee instructed me to disperse the crowd at the East SSA
18 area with less lethal munitions.  I met with Sgt. Tracey who lead the Red Tango Team, (the team of
19 officers under my command who were trained and equipped to deploy less lethal munitions) and
20 instructed him to disperse the crowd with drag stabilized bean bags and stinger grenades, and to
21 target only  aggressive or non-compliant protestors.  If members of Local 10 were struck with less
22 lethal munitions at the East SSA gate, it was because they were perceived to be either aggressive or
23 non-dispersing protestors.
24     4.  I do not bear any hostility or animus toward members of the ILWU in either my personal
25 or professional capacities.  I have never instructed any OPD officer to take any discriminatory action
26 against ILWU union members, and I have never witnessed any OPD officer acting in a manner which
27 discriminated against someone because of their membership in the ILWU.
28

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct of my personal knowledge, except as to those matters which are stated upon
3  information and belief, and as to those matters, I am informed and believe them to be true and
4  correct.  If called as a witness, I could and would competently testify from my personal knowledge to
5  the facts stated herein.  Executed this 26th day of October, 2005 at Oakland, California

                                                /s/
                                       Deputy Chief Howard Jordan

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*

*Dated: October31, 2005*

                                    By:   /s/
                                    *GREGORY M. FOX*
                                    *BERTRAND, FOX & ELLIOT*