UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 10, ET AL., | No. C 03-2962 TEH (JL) |
|     Plaintiffs, | |
|   v. | |
| CITY OF OAKLAND, ET AL., | |
|     Defendants. | |
| SRI LOUISE COLES, ET AL., | No. C 03-2961 TEH (JL) |
|     Plaintiffs, | |
|   v. | FURTHER SETTLEMENT CONFERENCE RE: ATTORNEYS' FEES |
| CITY OF OAKLAND, ET AL., | |
|     Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a further settlement conference has been scheduled for **Wednesday, November 16, 2005 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

SETTLEMENT CONFERENCE NOTICE          1

At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge *two copies* of a Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.

DATED:   November 1, 2005

_____
JAMES LARSON
Chief United States Magistrate Judge