1  GREGORY M. FOX, STATE BAR NO. 070876
   Arlene C. Helfrich, State Bar No. 096461
2  Bertrand, Fox & Elliot
   The Waterfront Building - 2749 Hyde Street
3  San Francisco, California   94109
   Telephone: (415) 353-0999
4   FAX  (415) 353-0990
   Attorneys for Defendants CITY OF OAKLAND
5  and POLICE CHIEF RICHARD WORD

6  (List of Additional Counsel Attached)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al., | ) ) ) | **File No.**  No. C 03-2962 TEH (JL) |
|---|---|---|
| Plaintiffs, vs. | ) ) ) | Hon. Thelton E. Henderson |
| CITY OF OAKLAND; et al., Defendants. | ) ) ) ) ) | **STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF WILLOW ROSENTHAL ONLY WITH PREJUDICE** |

1

JAMES B. CHANIN, SBN 76043
JULIE M. HOUK, SBN 114968
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California 94705
Telephone:  (510) 848-4752
FAX (510) 848-5819

JOHN L. BURRIS, SBN 69888
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:  (510) 839-5200
 FAX (510) 839-3882

RACHEL LEDERMAN, SBN 130192
NATIONAL LAWYERS GUILD and
Law Offices of Rachel Lederman and Alexsis C. Beach
558 Capp Street
San Francisco, CA 94110
Telephone:(415) 282-9300
 FAX (415) 285-5066

ALAN L. SCHLOSSER, SBN 49957
JULIA HARUMI MASS SBN 189649
MARK SCHLOSBERG, SBN 209144
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, 1663 Mission Street, Suite 460
San Francisco, CA 94103
Telephone: (415) 621-2493
 FAX (415) 255-8437

**Counsel for Plaintiffs Local 10 Longshore and Warehouse Union et al.
C03-2962 THE (JL)**

John A. Russo Esq. State Bar No. 129729
City Attorney
Randolph W. Hall, Esq.  State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:     (510) 238-3601
 FAX (510) 238-6500

**Counsel for defendant CITY OF OAKLAND et al**

2

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF WILLOW ROSENTHAL ONLY WITH PREJUDICE  -  Case No.  C-03-2962  TEH (JL)

1 **STIPULATION**

2  IT IS HEREBY STIPULATED by and between the parties, Plaintiff Willow Rosenthal, and
3 the Defendants CITY OF OAKLAND, RICHARD WORD, PATRICK HAW, ROD YEE, E.
4 POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R.
5 GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R.
6 CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J.
7 KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G.
8 TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE, OFF. A. STEINBERGER, OFF. F. UU,
9 OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E.
10 ROMANS and OFF. C. DELROSARIO, through their designated counsel that the above-captioned
11 action entitled Local 10, International Longshore and Warehouse Union, et al., vs. City of Oakland, et
12 al, and numbered  C 03-2962 TEH (JL), be and hereby is dismissed with prejudice pursuant to FRCP
13 41(a)(1), as to all of the claims of plaintiff Willow Rosenthal ONLY, pursuant to the settlement
14 agreement entered into between the parties.

15
16 Dated: October 8, 2005

17                                          */s/James B. Chanin*
                                             JAMES B. CHANIN
18                                           Attorney for Plaintiffs in Local 10, et al.

19
20
21 Dated: October 14, 2005                   */s/Gregory M. Fox*
                                             GREGORY M. FOX
22                                           Attorney for Defendants City of Oakland et al.

23
24
25  *I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*

26 Dated: December 8, 2005.                  /s/Gregory M. Fox
                                             GREGORY M. FOX
27
28

3

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF WILLOW ROSENTHAL ONLY WITH PREJUDICE - Case No.  C-03-2962  TEH (JL)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having reviewed the stipulation of the parties, and good cause appearing therefore

THIS COURT ORDERS THAT Plaintiff Willow Rosenthal's action against the above named defendants shall be and hereby is dismissed with prejudice pursuant to the parties' stipulation.

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

12/09/05
_____                    _____
DATE                                                THELTON E. HENDERSON
                                                         UNITED STATES DISTRICT JUDGE

4

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF WILLOW ROSENTHAL ONLY WITH PREJUDICE - Case No. C-03-2962 TEH (JL)