Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California  94109
Telephone:    415.353.0999
Facsimile:    415.353.0990

Randolph W. Hall, State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:    510.238.3601
Facsimile:    510.238.6500

Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI LOUISE COLES, et al. | **Case No.**  C-03-2962 TEH (JL) |
| Plaintiffs | **Related Case No.**  C-03-2961 TEH (JL) |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLY WITH COURT'S ORDER DATED DECEMBER 6, 2005 RE: FILING OF STIPULATION FOR DISMISSAL OF CERTAIN INDIVIDUAL DEFENDANTS** |
| CITY OF OAKLAND, a municipal entity, et al. | |
| Defendants | |
| LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al., | |
| Plaintiffs, | |
| vs. | |
| CITY OF OAKLAND; et al., | |
| Defendants. | |

1
Stipulation and [Proposed] Order Extending Time / Case Nos.  C-03-2962 TEH (JL) and related case C-03-2961 TEH (JL)

This Court's Order dated December 6, 2005 obligated counsel for the remaining plaintiffs in the *Local 10 et. al.* action, No. C -03-2962 TEH (JL), including Jack Heyman and Longshoremen Allen Chapman, Christopher Clay, Ernest Evans, Billy Kepo'o, Lawrence Massey, and Byron Moore, Sr. as well as Local 10, International Longshore and Warehouse Union as well as Gregory M. Fox, counsel for defendants City of Oakland, et al. to meet and confer and filed by Monday December 12, 2005 a stipulation and proposed order regarding which plaintiffs' claims against which individual defendants should be summarily adjudicated in Defendants' favor on the basis on plaintiffs' non-opposition. The parties have met and conferred and have scheduled intensive mediations of the remaining individual plaintiffs' cases for December 15 and 20 and additional dates as necessary in a good faith effort to resolve all of these remaining claims. Based on these ongoing mediations and settlement discussions the parties, acting by and through their respective counsel, request that the Court extend the date for filing the required stipulations for orders of dismissals until December 29, 2005.

So Stipulated:

Dated: December 9, 2005

      */s/James B. Chanin*
      JAMES B. CHANIN
      Attorney for Plaintiffs Heyman and Longshoremen

Dated: December 9, 2005

      */s/John L. Burris*
      JOHN L. BURRIS
      Attorney for Plaintiffs Longshoremen

Dated: December 9, 2005

      */s/Robert Remar*
      ROBERT REMAR
      Attorney for Plaintiff Local 10

1
2   Dated: December 9, 2005              */s/Gregory M. Fox*
                                         GREGORY M. FOX
3                                        Attorney for Defendants
4
5
6
7                                    **ORDER**
8       Good cause appearing, the stipulation is so Ordered.
9
10  Dated:  December 12 , 2005
11
                                         _____
12                                       The Honorable Thelton E. Henderson
                                         U.S. District Court Judge
13
14
15
16
17
        *I  hereby attest that I have on file all holograph signatures for any signatures indicated by a
18  "conformed" signature (/s/) within this E-filed document.*
19
20  Dated: December 9, 2005              */s/Gregory M. Fox*
21                                       GREGORY M. FOX
22
23
24
25
26
27
28