GREGORY M. FOX, STATE BAR NO. 070876
Arlene C. Helfrich, State Bar No. 096461
Bertrand, Fox & Elliot
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
Telephone: (415) 353-0999
FAX  (415) 353-0990
Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD

(List of Additional Counsel Attached)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al., | File No.  No. C 03-2962 TEH (JL) |
| Plaintiffs, vs. | Hon. Thelton E. Henderson |
| CITY OF OAKLAND; et al., Defendants. | **STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF CLIFF CLOSE ONLY WITH PREJUDICE** |

1

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF CLIFF CLOSE ONLY WITH PREJUDICE  -  Case No.  C-03-2962  TEH (JL)

JAMES B. CHANIN, SBN 76043
JULIE M. HOUK, SBN 114968
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752
FAX (510) 848-5819

JOHN L. BURRIS, SBN 69888
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
FAX (510) 839-3882

RACHEL LEDERMAN, SBN 130192
NATIONAL LAWYERS GUILD and
Law Offices of Rachel Lederman and Alexsis C. Beach
558 Capp Street
San Francisco, CA 94110
Telephone:(415) 282-9300
FAX (415) 285-5066

ALAN L. SCHLOSSER, SBN 49957
JULIA HARUMI MASS SBN 189649
MARK SCHLOSBERG, SBN 209144
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, 1663 Mission Street, Suite 460
San Francisco, CA 94103
Telephone: (415) 621-2493
FAX (415) 255-8437

**Counsel for Plaintiffs Local 10 Longshore and Warehouse Union et al.
C03-2962 THE (JL)**

John A. Russo Esq. State Bar No. 129729
City Attorney
Randolph W. Hall, Esq.  State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:     (510) 238-3601
FAX (510) 238-6500

**Counsel for defendant CITY OF OAKLAND et al**

2

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF CLIFF CLOSE ONLY WITH PREJUDICE  -  Case No.  C-03-2962  TEH (JL)

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Cliff Close, and the Defendants CITY OF OAKLAND, RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE, OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO, through their designated counsel that the above-captioned action entitled Local 10, International Longshore and Warehouse Union, et al., vs. City of Oakland, et al, and numbered C 03-2962 TEH (JL), be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to all of the claims of plaintiff Cliff Close ONLY, pursuant to the settlement agreement entered into between the parties.

Dated: September 23, 2005

                               */s/James B. Chanin*
                               JAMES B. CHANIN
                               Attorney for Plaintiffs in Local 10, et al.

Dated: October 8, 2005           */s/Gregory M. Fox*
                               GREGORY M. FOX
                               Attorney for Defendants City of Oakland et al.

3

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF CLIFF CLOSE ONLY WITH PREJUDICE - Case No. C-03-2962 TEH (JL)

**ORDER**

Having reviewed the stipulation of the parties, and good cause appearing therefore

THIS COURT ORDERS THAT Plaintiff Cliff Close's action against the above named defendants shall be and hereby is dismissed with prejudice pursuant to the parties' stipulation.

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

12/12/05
_____                    _____
DATE                                  THELTON E. HENDERSON
                                      UNITED STATES DISTRICT JUDGE

4

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF CLIFF CLOSE ONLY WITH PREJUDICE - Case No. C-03-2962 TEH (JL)

1

2   *I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*

3

4   Dated: December 9 2005.                    /s/Gregory M. Fox
                                               GREGORY M. FOX

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF CLIFF CLOSE ONLY WITH PREJUDICE  -  Case No.  C-03-2962  TEH (JL)