1  GREGORY M. FOX, STATE BAR NO. 070876
   Arlene C. Helfrich, State Bar No. 096461
2  Bertrand, Fox & Elliot
   The Waterfront Building - 2749 Hyde Street
3  San Francisco, California   94109
   Telephone: (415) 353-0999
4   FAX  (415) 353-0990
   Attorneys for Defendants CITY OF OAKLAND
5  and POLICE CHIEF RICHARD WORD

6  (List of Additional Counsel Attached)

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  LOCAL 10, INTERNATIONAL LONGSHORE )
    AND WAREHOUSE UNION, et al.,                    )   **File No.**  No. C 03-2962 TEH (JL)
12                                                  )
                    Plaintiffs,                     )   Hon. Thelton E. Henderson
13           vs.                                    )
14                                                  )
    CITY OF OAKLAND; et al.,                        )   **STIPULATION AND (PROPOSED) ORDER**
15                                                  )   **DISMISSING INDIVIDUAL OFFICER**
                    Defendants.                     )   **DEFENDANTS WITH PREJUDICE AS TO**
16  _____)            **PLAINTIFF LAWRENCE MENARD ONLY**

1

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE  RE INDIVIDUAL OFFICER DEFENDANTS AS TO
PLAINTIFF  LAWRENCE MENARD ONLY  -  Case Nos.  C-03-2962  TEH (JL)

JAMES B. CHANIN, SBN 76043
JULIE M. HOUK, SBN 114968
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California 94705
Telephone:  (510) 848-4752
FAX (510) 848-5819

JOHN L. BURRIS, SBN 69888
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:  (510) 839-5200
 FAX (510) 839-3882

RACHEL LEDERMAN, SBN 130192
NATIONAL LAWYERS GUILD and
Law Offices of Rachel Lederman and Alexsis C. Beach
558 Capp Street
San Francisco, CA 94110
Telephone:(415) 282-9300
 FAX (415) 285-5066

ALAN L. SCHLOSSER, SBN 49957
JULIA HARUMI MASS SBN 189649
MARK SCHLOSBERG, SBN 209144
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, 1663 Mission Street, Suite 460
San Francisco, CA 94103
Telephone: (415) 621-2493
 FAX (415) 255-8437

**Counsel for Plaintiffs Local 10 Longshore and Warehouse Union et al.
C03-2962 THE (JL)**

John A. Russo Esq. State Bar No. 129729
City Attorney
Randolph W. Hall, Esq.  State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:     (510) 238-3601
 FAX (510) 238-6500

**Counsel for defendant CITY OF OAKLAND et al**

2

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE  RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF  LAWRENCE MENARD ONLY  -  Case Nos.  C-03-2962  TEH (JL)

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, Plaintiff LAWRENCE MENARD, and the Defendants CITY OF OAKLAND, RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE,  OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO, through their designated counsel that the above-captioned action entitled Local 10, International Longshore and Warehouse Union, et al., vs. City of Oakland, et al, and numbered  C 03-2962 TEH (JL), be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to all of the claims of plaintiff LAWRENCE MENARD ONLY, against the individual officer defendants ONLY, whose names are listed as follows:

RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE,  OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO.

It is acknowledged that LAWRENCE MENARD's claims against the CITY OF OAKLAND are to be resolved pursuant to his acceptance of the CITY OF OAKLAND's offer of judgment pursuant to FRCP Rule 68 and offer of compromise pursuant to California CCP § 998 dated February 17, 2005.  This dismissal with prejudice of the individual officer defendants is a condition of that offer of judgment and offer to compromise.

3

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE  RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF  LAWRENCE MENARD ONLY  -  Case Nos.  C-03-2962  TEH (JL)

Dated: May 12, 2005

/s/James B. Chanin
JAMES B. CHANIN
Attorney for Plaintiffs in Local 10, et al.

Dated: May 18, 2005

/s/Gregory M. Fox
GREGORY M. FOX
Attorney for Defendants City of Oakland et al.

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefore

THIS COURT ORDERS THAT, pursuant to the parties' stipulation and the CITY OF OAKLAND's offer of judgment pursuant to FRCP Rule 68 and offer of compromise pursuant to California CCP § 998 dated February 17, 2005, and plaintiff LAWRENCE MENARD's acceptance thereof,  Plaintiff  LAWRENCE MENARD's action No. C –03-2962 THE (JL) shall be and hereby is dismissed with prejudice as against the following defendants ONLY:  RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE,  OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO.

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

12/12/05                                                    _____
DATE                                                        THELTON E. HENDERSON
                                                            UNITED STATES DISTRICT JUDGE

4

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*

Dated: December 9, 2005.              /s/Gregory M. Fox
                                                              GREGORY M. FOX

5

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE  RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF  LAWRENCE MENARD ONLY  -  Case Nos.  C-03-2962  TEH (JL)