March 28, 2006

**VIA E-FILING AND CHAMBERS COPY**

The Honorable Thelton E. Henderson
Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

      Re:      *ILWU, Local 10, et al. v. City of Oakland, et al.*
                   *Case No.* C 03-02962 TEH and
                   *Coles v. City of Oakland, Case No. C03-02961 TEH*

Dear Judge Henderson:

      On behalf of counsel for both the plaintiffs and defendants in the above-entitled actions, I am writing to request that the Status Conference currently scheduled for April 3, 2006, at 1:30 p.m. be continued to June 5, 2006, at 1:30 p.m.

      The continuance is being requested because the City of Oakland City Council has not yet finally approved the final settlement in the *ILWU, Local 10* case.  It is my understanding that the City Council may consider the settlement at its meeting on April 4, 2006, but that even if the Council were to approve the settlement at that meeting, it would take additional time for the City to process the final settlement and issue the settlement drafts.

      Therefore, counsel for all the parties request that the Status Conference be continued from April 3, 2006, to June 5, 2006, at 1:30 p.m.

      Thank you for your consideration in this matter.

Very truly yours,

/S/
Julie M. Houk
Attorney for Local 10 Plaintiffs

Cc:  All Counsel Via E-Filing



03/28/06

1